```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ABDULLAH K.S.M. EL'AMIN BEY     :     CIVIL ACTION
                                :
     v.                         :
                                :
SEPTA TRANSPORTATION CO.,       :
et al.                          :     NO. 11-4418
```

ORDER

AND NOW, this 25th day of August, 2011, it is hereby ORDERED that the motion of plaintiff for the appointment of counsel (Docket No. 6) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.